## STATE OF CONNECTICUT *v.* FLOYD JOHNSON
### (AC 34593)

Gruendel, Alvord and Keller, Js.

Argued March 18—officially released April 8, 2014

Per Curiam. The judgment is affirmed.

## TIFFANY BROWN *v.* COMMISSIONER OF CORRECTION
### (AC 35190)

Lavine, Sheldon and Bishop, Js.

Argued April 7—officially released April 29, 2014

Per Curiam. The appeal is dismissed.

## EUGENE BRYANT *v.* COMMISSIONER OF CORRECTION
### (AC 35521)

Gruendel, Beach and Norcott, Js.

Argued April 7—officially released April 29, 2014

Per Curiam. The appeal is dismissed.